AMENDED CIVIL JURY TRIAL

CIVIL CASE NO. CIV-19-1192-J                                                                         DATE 1/19/2023

STYLE:   MURPHY v. TOYOTA MOTOR CORP., et al.

   PROCEEDINGS:   TRIAL – DAY 7

| COMMENCED: | 9:00  | ENDED: | 9:30  | Attorney Conference |
|---|---|---|---|---|
| COMMENCED: | 9:30  | ENDED: | 10:55 | |
| COMMENCED: | 11:10 | ENDED: | 12:30 | |
| COMMENCED: | 1:45  | ENDED: | 3:15  | |
| COMMENCED: | 3:30  | ENDED: | 5:15  | |

TOTAL TIME   6  Hrs. 45 mins.

JUDGE BERNARD JONES              Crtrm Deputy: D. Wayne Lee         Crt Reporter: Susan Fenimore

Plf counsel:  Lydia Barrett, James Robinson, Richard Denney
Dft counsel:  Andrew Richardson, Mary Quinn-Cooper, David Stone, Suzanne Swaner

Pre-admits exhibits
Plaintiff's - 52, 167, 77, 78, 5, 103.1, 181, 182, 183, 84, 80, 1, 5, 12, 26, 28, 29, 30, 1 pg. 1-6, 5 pg 1-6, 12 pg 1,6-15, 26 pg. 1, 30-38 28 pg. 1, 6-10, 29, pg. 1, 7-17, 30 pg. 1-9, 78-85, 263.1, 263.1A, 21

Defendants' - 6, 12, 13, 74, 93, 95, 106, 107, 109, 190, 191, 198, 207, 208, 367, 369, 202 69, 13.1, 13.2, 13.3, 13.4, 13.5, 13.6, 13.7, 13.8, 68, 6, 13, 45.62, 108, 132, 569, 575, 576, 577, 578, 579, 582, 583.20, 583.22, 585.18, 586.2, 587.9- 587.11, 97

Exhibits admitted during trial
Plaintiff's – 57, 105, 65, 191, 190, 102, 83, 84, 85, 86, 87, 88, 91, 92, 95, 96, 102, 102.11, 102 pg 6 and 8, 36.22, 36.23, 36.24, 36.58, 36.59, 36.60

Defendants' – 45.62, 101, 103, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 133, 134, 158, 159, 163, 164, 165, 166, 167, 170, 171, 172, 173, 174, 132.1 132.2, 367.4, 367.8, 367.7, 367.12, 367.22, 367.39, 367.142, 367.510, 367.69, 367.605, 367.649, 367.551, 369.48, 369.68, 369.76, 369.76, 369.70, 367.371, 367.411, 367.411a, 367.164, 367.264, 367.290, 87.4, 89.3, 87.8, 15.12, 15.14, 15.15, 15.17, 15.18, 367.139, 367.142, 367.170, 367.519, 367.155, 367.179, 367.185, 369.61, 369.61A, 369.62, 369.62A, 369.65, 367.605, 368.8, 367.608, 368.10, 367.611, 368.37, 367.614, 368.19, 367.653, 368.76, 546.1, 546.1 pgs. 12 and 13, 507, 507.1 212, 214, 216, 217, 218, 220, 221, 222, 223, 224, 225, 230, 356, 228, 229, 236, 240, 362.1, 362.5, 362.6, 362.7, 362.8, 362.9, 422.1, 422.2, 422.5, 423.1, 423.2, 423.5, 424.1, 424.3, 424.6, 424.16, 424.19, 424.28, 424.31, 431.1, 431.2, 431.3, 425.10, 425.11, 425.17, 425.26, 426.3, 427.3, 430.1, 189, 200, 588.28, 588.29, 45.27, 45.28, 36.4, 36.5

Identified/Demonstrative – 53, 177, 590, 390, 399, 401, 376.5, 538, 375.3, 548.56, 263.3, 185, 201

Rule of Sequestration is in effect

Plaintiff rests.

| Witness(es) for Plaintiff(s): | Witness(es) of Defendant(s): |
|---|---|
| 1. Amber Rohrig | 1. Wiley D. Macon |
| 2. William Munsell | 2. Dr. Michelle Vogler |
| 3. Corporal Donald James Long | 3. Dr. William Van Arsdell |
| 4. Brian McDaniel | 4. Benjamin Meyers |
| 5. Dr. Mariusz Ziejewski | 5. Gregory Stephens |
| 6. SeanRyan Murphy | 6. Dr. Cynthia Day |
| 7. Dr. Jason Leinen | 7. Dr. Elizabeth Raphael |
| 8. Benjamin Meyers | 8. |
| 9. Klaire D. Brassfield | 9. |
| 10. Moriah Johnson | 10. |

The Court DENIED [131] Motion for Judgement as a Matter of Law by Toyota Motor Corporation, et al.; [129] Motion for Directed Verdict on Punitive Damages by Toyota Motor Corporation, et al. was taken under advisement.

Court adjourns to Friday, January 20, 2023 @ 9:30 A.M.