Honorable Judge Jones,

We want to make sure our understanding...
Is section I of the verdict form tied to medical expenses and section II tied to punitive?

Elliot [signature]

# RESPONSE TO JURY NOTE 1

**Ladies and Gentlemen of the Jury:**

I would direct you to carefully review the Verdict Form, as well as the Jury Instructions.

_____
BERNARD M. JONES
United States District Judge

Honorable Judge,
The jury is unable to reach a unanimous decision.

On behalf of jury,
Elliot Stein

*Murphy v. Toyota*
*CIV-19-1192-J*

## RESPONSE TO JURY NOTE 2

**Ladies and Gentlemen of the Jury:**

I have received your note, and given the hour, I believe the best course is to release you for the day. You are directed to report to the Jury Assembly Room on Monday, January 23 at 9:00 a.m.

_____
BERNARD M. JONES
United States District Judge

Honorable Judge
We have nearly reached a decision.

*E Stin*

on behalf of jury

## RESPONSE TO JURY NOTE 3

**Ladies and Gentlemen of the Jury:**

I have received your note, and you may continue your deliberations. I will await further communication.

---
BERNARD M. JONES
United States District Judge

− undelivered

#4

Honorable Judge,
We have reached a verdict.
Jury
Elliot A[illegible]