UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEANRYAN MURPHY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TOYOTA MOTOR CORPORATION, )<br>a foreign corporation, and )<br>TOYOTA MOTOR SALES U.S.A., )<br>INC., a foreign corporation, )<br>)<br>Defendants. ) | Case No. CIV-19-1192-J |

## **VERDICT FORM**

We, the jury, empaneled and sworn in the above-entitled cause, do, upon our oaths, find as follows:

**I.   Liability**

On Plaintiff's manufacturers' product liability claim against Defendants, we find:

_____ in favor of Plaintiff        ✓_____ in favor of Defendants

**II.   Damages**

**Do not answer Part II [Damages] unless you found in favor of Plaintiff in Part I (Liability).**

We find the dollar amount of damages sustained by Plaintiff Seanryan Murphy is the sum of $_____.

### III.  Reckless Disregard

**If you found in favor of Plaintiff in Part I (Liability), answer this question. If you found in favor of Defendants in Part I (Liability), do not answer this question and instead go to the signature line.**

We do _____ do not _____ find by clear and convincing evidence that Defendants acted in reckless disregard of the rights of others.


_1-20-2023_  
Date Signed

_Elliot Stern_ (signature)  
Signature of Foreperson