UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEANRYAN MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>    Defendants. | Case No. CIV-19-1192-J |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Bernard M. Jones, District Judge presiding, and the issues having been duly tried and the jury having duly reached its verdict, the Court ORDERS that judgment should be and is hereby entered in favor of Defendants, TOYOTA MOTOR CORPORATION, a foreign corporation, and TOYOTA MOTOR SALES U.S.A., INC., a foreign corporation, and against Plaintiff, SEANRYAN MURPHY, so that Plaintiff takes nothing by way of his claims against Defendants.

IT IS SO ORDERED this 23rd day of January, 2023.

                                                BERNARD M. JONES
                                              UNITED STATES DISTRICT JUDGE